AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | | |
|---|---|---|
| West Bay One, Inc., <br> *Plaintiff* <br><br> v. <br><br> Joyce E. Hansen, <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 11cv116 DSD/SER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Joyce E. Hansen
1245 Hall Avenue
West St. Paul, MN 55118-2242

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy A. Poetz
Matthew W. Moehrle
Rajkowski Hansmeier, Ltd.
11 7th Avenue North
P.O. Box 1433
St. Cloud, MN 56302

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **RICHARD D. SLETTEN**

Date: 1/18/11

*Signature of Clerk or Deputy Clerk*

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF RAMSEY**

*METRO LEGAL SERVICES*

Karl M. Neher, being duly sworn, on oath says:

that on January 20, 2011, at 8:47 PM he served the attached:

Summons & Complaint upon:

Joyce E. Hansen, therein named, personally at:

1245 Hall Avenue, West St. Paul, County of Dakota, State of Minnesota, the usual abode of said Joyce E. Hansen, by handing to and leaving with John Hansen, son, a person of suitable age and discretion residing therein, a true and correct copy thereof.

Subscribed and sworn to before me on

1-20 , 2011



RE: West Bay One