UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

West Bay One, Inc.,                              Civil No. 11-116 (DSD/SER)

      Plaintiff,

v.                                              **ORDER**

Joyce E. Hansen,

      Defendant.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, IT IS HEREBY ORDERED that:

    This action is **DISMISSED WITHOUT PREJUDICE**.


Dated:  September 20, 2011                  *s/David S. Doty*
                                                     David S. Doty, Judge
                                                     United States District Court